```
                                    ___  FILED          ___ RECEIVED
                                    ___  ENTERED        ___ SERVED ON
                                         COUNSEL/PARTIES OF RECORD

                                         NOV 0 3 2016

                                    CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                               BY: _____ DEPUTY
```

1

2

3

4

5        **UNITED STATES DISTRICT COURT**

6        **DISTRICT OF NEVADA**

7  DARIO RODRIGUEZ,                    )
                                       )
8            Plaintiff,                )
                                       )
9        v.                            )          3:16-cv-00609-MMD-VPC
                                       )
10 U.S. SENATE et al.,                 )          **ORDER**
                                       )
11           Defendants.               )
                                       )
12 _____ )

13 **I.    DISCUSSION**

14       Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has

15 submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to

16 proceed *in forma pauperis*. (ECF No. 1, 1-1).

17       Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C.

18 § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in*

19 *forma pauperis* and attach both an inmate account statement for the past six months and a

20 properly executed financial certificate. Plaintiff has not submitted a properly executed financial

21 certificate or an inmate account statement. (*See* ECF No. 1). As such, the *in forma pauperis*

22 application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint

23 (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

24 Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in*

25 *forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses

26 to file a new application to proceed *in forma pauperis* he must file a fully complete application

27 to proceed *in forma pauperis*.

28 ///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This ___3rd___ day of November, 2016.

_____
United States Magistrate Judge

2