# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARIO RODRIGUEZ,<br>　　　　Plaintiff,<br>　v.<br>ADAM ENDEL, *et al.*,<br>　　　　Defendants. | Case No. 3:16-cv-00143-MMD-CBC<br><br><br><br><br>*and related cases* |
| DARIO RODRIGUEZ,<br>　　　　Plaintiff,<br>　v.<br>BRIAN SANDOVAL, *et al.*,<br>　　　　Defendants. | Case No. 3:16-cv-00276-MMD-CBC<br><br><br><br><br>*and* |
| DARIO RODRIGUEZ,<br>　　　　Plaintiff,<br>　v.<br>UNITED STATES SENATE, *et al.*,<br>　　　　Defendants. | Case No. 3:16-cv-00609-MMD-CBC<br><br>ORDER ON MOTION FOR RECONSIDERATION |

The Court screened Plaintiff's second amended civil rights complaint on October 19, 2018, and permitted some of the claims to proceed while dismissing others. (ECF No. 30 at 11-13.)

Plaintiff filed a motion for reconsideration on November 9, 2018. (ECF No. 32.) In that motion, Plaintiff objects to the dismissal of claims that were in his second amended complaint. (*Id.* at 1-2.) Plaintiff does not object to the dismissal of any claim in particular,

| | |
|---|---|
| 1 | but instead seems to object to the dismissal of any claim. (*Id.*) He maintains that he is |
| 2 | inexperienced in the law and that the Court should hear the rest of his lawsuit. (*Id.* at 2- |
| 3 | 4.) |
| 4 | A motion to reconsider must set forth "some valid reason why the court should |
| 5 | reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to |
| 6 | persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d |
| 7 | 1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented |
| 8 | with newly discovered evidence, (2) committed clear error or the initial decision was |
| 9 | manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No.* |
| 10 | *1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "A motion for reconsideration is |
| 11 | not an avenue to re-litigate the same issues and arguments upon which the court already |
| 12 | has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F.Supp.2d 1280, 1288 (D. Nev. 2005). |
| 13 | The Court denies Plaintiff's motion for reconsideration. As the Court previously |
| 14 | noted, Plaintiff already has received two opportunities to amend his complaint. |
| 15 | Furthermore, Plaintiff has not identified any particular errors in the Court's latest screening |
| 16 | order. This case will proceed based on the findings in the Court's October 19, 2018 |
| 17 | screening order. |
| 18 | It is therefore ordered that Plaintiff's motion for reconsideration (ECF No. 32) is |
| 19 | denied. |
| 20 | DATED THIS 9th day of January 2019. |
| 21 | |
| 22 | MIRANDA M. DU<br>UNITED STATES DISTRICT JUDGE |